IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JEFFERY L. STANTON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                      CASE NO. 1D15-1321

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed April 8, 2015.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.

Jeffery L. Stanton, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of habeas corpus is dismissed.

ROWE, MARSTILLER, and MAKAR, JJ., CONCUR.